# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jackalin S. Williams ,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                  3:10-cv-232

Carolina Healthcare System, Inc.,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 25, 2011 Order.

                                                  Signed: March 25, 2011

                                                  Frank G. Johns, Clerk
                                                  United States District Court